Decided July 14, 1997

## LIBERTY BANK *v.* VINCENT P. PAGANO ET AL.

The defendant Gail Pagano's petition for certification for appeal from the Appellate Court, 45 Conn. App. 915 (AC 16028), is denied.

*James M. Nugent*, in support of the petition.

*William Howard*, in opposition.

Decided July 14, 1997

## DORETTA F. SENDER *v.* JOSEPH J. SENDER

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 916 (AC 16232), is denied.

*Jeffrey D. Ginzberg*, in support of the petition.

*Steven P. Kulas*, in opposition.

Decided July 24, 1997